IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | Case No. 1:24-CR-331 (RJL) |
| ) | |
| ) | |
| -v- ) | |
| ) | |
| KENTRELL FLOWERS ) | |
| | |
| Defendant. | |

**DEFENDANT'S MEMORANDUM IN AID OF SENTENCING**

Kentrell Flowers, by his attorney, Maria N. Jacob, Assistant Federal Public Defender, hereby submits the following memorandum in aid of sentencing in this matter.

Mr. Flowers committed this offense when he was barely an adult, at the age of eighteen. At this time, he did not even have a single arrest in his past. Rather, he was attending high school just like a normal teenager. When Mr. Flowers approached an unmarked agent vehicle, obviously not knowing the occupants were law enforcement, he was holding a gun was immediately struck in his face with a bullet. Mr. Flowers is lucky to be alive today as he could have easily died that night.

Mr. Flowers took responsibility for his conduct very shortly after being charged and indicted. He entered a guilty plea to a mandatory minimum offense that will prevent him from being able to earn extra good time under the First Step Act. For a young teenager with no criminal history, the mandatory minimum

1

sentence of 7 years, which is also the sentencing guidelines, is more than sufficient to accomplish the goals of sentencing.

## BACKGROUND

Mr. Flowers entered a guilty plea to Count Two of the Indictment in violation of 18 U.S.C. §924(c)(1)(A)(ii).  Mr. Flowers will be before this Court for sentencing on May 22, 2025.  He has reviewed the pre-sentence report and concurs with its contents.

After Mr. Flowers was shot in the mouth on July 5, 2024 on the night of the offense conduct, he spent about a week at Howard Hospital incarcerated as a defendant and then has been at the D.C. Jail ever since.

## ARGUMENT

### I. Legal Standard

The Court is well aware that the Supreme Court's opinions in *Kimbrough v. United* States, 552 U.S. 84 (2007), and *Gall v. United States*, 552 U.S. 38 (2007), have dramatically altered the law of federal sentencing.  Congress has required federal courts to impose the least amount of imprisonment necessary to accomplish the purposes of sentencing as set forth in 18 U.S.C. §3553(a).[1]

---

[1] Those factors include (a) the nature and circumstances of the offense and history and characteristics of the defendant; (b) the kinds of sentences available; (c) the advisory guideline range; (d) the need to avoid unwanted sentencing disparities; (e) the need for restitution; and (f) the need for the sentence to reflect the following: the seriousness of the offense, promotion of respect for the law and just punishment for the offense, provision of adequate deterrence, protection of the public from future crimes and providing the

## II. Imposing the mandatory minimum sentence of 7 years is sufficient to comply with 18.U.S.C. §3553(a).

### a. Mr. Flowers's Personal History and Characteristics

Mr. Flowers's father was murdered when he was only one year old. His mother raised him alone along with several other siblings. His mother was the victim of a horrible fire when she was just a little girl that left her with so many burn injuries that she has been permanently disabled. According to a Washington Post article from 1990, Ms. Flowers was not expected to survive, "her left leg was burned to the tendon, three fingertips had to be removed and her face and head were badly charred." *See* Exhibit 1, Washington Post Article. Despite these hardships, she still worked at times and was determined to do her best to care for her kids and ensure they went to school and stayed in school.

As a result of finances being tight during his childhood, Mr. Flowers stepped up to work and help the family when he was only 14 years old. He had to grow up fast but was loved and supported by his mother who tried her best to shelter her kids from the brutal reality of living in neighborhoods burdened by drugs and gun violence. She moved the family from place to place, stayed with family at certain points, and they were even homeless at times.

Despite his mother's admirable efforts, D.C. youth, especially in poverty-stricken neighborhoods, face so much negative influence. Even though Mr. Flowers

---

defendant with needed educational and vocational training, medical care, or other correctional treatment. *See* 18 U.S.C. §3553(a).

was in school and almost about to finish his high school education, he was not immune from these unfortunate influences. Not only was Mr. Flowers only 18 years old when he succumbed to bad influence, but he was extra susceptible because of his learning disabilities that had a significant impact on his ability to make good decisions. *See* PSR Par. 52-53.

Ever since being at the D.C. Jail, Mr. Flowers has finished his high school education and received his diploma. He has been a model inmate, incurring no disciplinary infractions, and obtaining a hard-earned job as an inmate janitor.

Ms. Flowers describes her son as "having a hard life growing up," but is a "good child" who helped her quite a bit given her disability. *See* Exhibit 2, Letter from Adrianne Flowers. She also explained that "everyone loves Kentrell," and that he helps at their family Baptist church. *Id*. Ms. Flowers asks the Court to "give her son an opportunity to start a better life." *Id*.

### b. Nature and Circumstances of the Offense

On the night of July 5, 2024, Mr. Flowers made the biggest mistake of his life. He was dropped off to a location near Logan Circle by other individuals to commit a carjacking. Unbeknownst to Mr. Flowers, the victims were federal agents in a parked unmarked government vehicle. Immediately upon seeing Mr. Flowers point a firearm outside of their window, these agents fired their firearms at him multiple times through a window, striking him in the face. Given how many shots were fired in his direction, it is unbelievable that only one bullet struck him. Mr. Flowers fell to the ground, was identified, then taken to Howard Hospital to treat

his life-threatening injuries. The other individuals who were in the vehicle that dropped off Mr. Flowers, who were also responsible for this crime, fled the scene and abandoned him.

Mr. Flowers was treated at Howard University Hospital for his injuries and remained there for approximately one week. According to medical records, he suffered from a gunshot wound to his right upper lip which caused a facial and tongue laceration. Because Mr. Flowers was shot in his mouth, he had to undergo oral and maxillofacial surgery to repair the lacerations and remove multiple metallic foreign bodies from the gunshot. During the surgery, he unfortunately suffered from a pneumothorax (collapsed lung) that had to be treated with chest tubes for 24 hours.

While being treated for his injuries, Mr. Flowers missed the birth of his youngest child, who was coincidentally being born at the same time in the same hospital. Despite several requests, he was not permitted to be escorted to see his newborn who was in the same building.

For a young man with no criminal history and no contact with law enforcement, the impact on Mr. Flowers as a result of his conduct is significant. He was first abandoned by so called friends who likely influenced him to do this in the first place. Then, he almost died after being shot in the face. Then, he underwent emergency surgery and could not even see his child being born. Now, as a first-time offender, he faces a minimum of 7 years in a prison that will likely house much older individuals.

Thankfully, nobody else was hurt as a result of the attempted carjacking. Mr. Flowers has been extremely remorseful about his conduct ever since the day that he made that poor decision.

### c. The Need to Promote Respect for the Law, Provide Just Punishment, Protect the Community and Provide Adequate Deterrence, and the Need to Avoid Unwanted Sentencing Disparities

The recommended sentence will promote respect for the law and provide just deterrence.  Firstly, Mr. Flowers has never served a day of jail in his life and so any period of incarceration would serve as a significant deterrent. Second, he experienced the ultimate deterrent which was almost dying as a result of his conduct. That kind of near-death experience would deter anyone, let alone a young teenager, from attempting such a thing again.

In addition, Mr. Flowers remorse and rehabilitation since his incarceration shows promise for the future. He has finished his high school education, which will assist him in getting a job when he is released. He has also used his time wisely and obtained a job, which shows he wants to work and wants to be a productive member of society.

Lastly, the interests in rehabilitation outweigh a lengthy period of incarceration.  Mr. Flowers is still a young man and has an enormous opportunity to change his life for the better.  He is motivated and willing to engage in the rehabilitation necessary to ensure a productive future. This rehabilitation is

important not only for his life and future productivity, it is also important to protect the community in the future.

## **CONCLUSION**

For the reasons stated above, Mr. Flowers respectfully requests that the Court impose a sentence no greater than the mandatory minimum sentence of 7 years incarceration.

Dated:                                        May 15, 2025

                                            Respectfully submitted,

                                            A.J. KRAMER
                                            FEDERAL PUBLIC DEFENDER

                      By:      s/Maria N.Jacob
                                            Assistant Federal Public Defender
                                            Office of the Federal Public Defender
                                            625 Indiana Avenue, N.W., Suite 550
                                            Washington, D.C. 20004